

**MEMORANDUM ENDORSED**

March 30, 2020

<u>**VIA ECF**</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Sofiev v. Trans Union, LLC, et al.*,
            No. <u>1:20-cv-00697-GHW</u>

Dear Judge Woods:

      We represent plaintiff Mark Sofiev ("Plaintiff") in the above-referenced matter and write to respectfully request that the Court adjourn the initial conference currently scheduled for Wednesday, April 8, 2020 at 3:00 p.m., just hours before the start of the Jewish holiday of Passover. The parties propose that the Court reschedule the conference to an earlier time on April 8, 2020 that is closer to 12:00 p.m., or an earlier time that is convenient to the Court. Defendants consented to this request. This is the Plaintiff's first request for an adjournment.

      Thank you for your time and consideration of the above request.

                       Respectfully submitted,

                       */s/ Edward Y. Kroub*
                       EDWARD Y. KROUB

cc:    All Counsel of Record (via ECF)

Application granted. The initial pretrial conference scheduled for April 8, 2020 at 3 p.m. is rescheduled to the same day at 12 p.m.

SO ORDERED

Dated: March 30, 2020

                        _____
                        GREGORY H. WOODS
                     United States District Judge