```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
  MARK SOFIEV,                        :
                                            :
                     Plaintiff,    :
                                            :
        -against-             :            1:20-cv-00697-GHW
                                          :
  JPMORGAN CHASE BANK N.A.,      :           ORDER
                                          :
                    Defendant.  :
--------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record at the September 23, 2021 conference, Defendant's

motion for summary judgment and motions to seal are denied.  As stated on the record, the parties

are directed to submit a joint letter to the Court no later than October 4, 2021, informing the Court

how the parties would like to proceed regarding trial.

      The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 45, 50, 60, 68.

      SO ORDERED.

Dated:  September 23, 2021
New York, New York

                                          _____
                                          GREGORY H. WOODS
                                     United States District Judge